# United States District Court
# For The Western District of North Carolina
# Asheville Division

Haiber Montehermoso,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                 1:10CV80-03-MU

Officer Hudson; Superintendent of
Marion Corr. Inst.

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 05/03/10 Order.

                                             Signed: May 3, 2010

                                             Frank G. Johns, Clerk
                                             United States District Court